**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TENA MELORIA HILLMAN,** | ) | **Case No. 26-50614** |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **DEBTOR.** | ) | |
| | ) | |

## REQUEST FOR NOTICE TO FILE CLAIMS

The above referenced case was initially filed as a no asset case. It now appears that there may be assets for distribution to some creditors. Creditors should be notified to file claims.

This the 2nd day of September, 2026.

/s/ Daniel C. Bruton

Daniel C. Bruton, NCSB No. 22440
Chapter 7 Trustee
100 N. Cherry St, Suite 600
Winston-Salem, NC 27101
Email: dbruton@belldavispitt.com
Telephone: (336) 714-4110

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TENA MELORIA HILLMAN,** | ) | **Case No. 26-50614** |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **DEBTOR.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY t**hat a copy of the foregoing Request for Notice to File Claims was duly served upon the following by electronic means as follows:

**Via CM/ECF**

**John Paul H. Cournoyer, Bankruptcy Administrator**
bancm_ecf@ncmba.uscourts.gov

This the 2nd day of September, 2026.

/s/ Daniel C. Bruton
Daniel C. Bruton
Chapter 7 Trustee
100 N. Cherry St, Suite 600
Winston-Salem, NC 27101
Email: dbruton@belldavispitt.com
Telephone: (336) 714-4110